UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

        Plaintiff,

v.

O.J. SIMPSON et al,

        Defendant.

Case Number: CV07-05082 MJJ, C07-5198, C07-5197, C07-5199, C07-5200, C07-5201

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: October 25, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk