UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 17, 2008

CASE NUMBER:   **CV 07-05082 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- O.J. SIMPSON**
DATE MANDATE FILED:   3/17/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: *Sheila Rash* (signature)
        Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office

NDC App-16