# FILED

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of CALifornia

Jonathan Lee Riches,
Plaintiff
V.                          CV 07-05082
O.J. Simpson, et AL,
Defendants

MOTION FOR Change of Venue
Motion For Judge Recusal under 28 USC 455 (A) (B)

Plaintiff moves to have Judge Jenkins removed from this case under 28 USC
455 (A)(B). Plaintiff did not recieve a fair hearing due to conflicts of
Interests Jenkins has with O.J. simpson, Jenkins has O.J. football cards and
watched O.J. in college. Plaintiff moves for a change of venue, O.J. Lives in
miami
O.J. Simpson squeezed me, in a coop.
In Jail due process